AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Greg Sarandi, Trustee of Next Phase Marketing, Inc., Defined Benefit Plan and Trust, Derivatively and on behalf of Novartis AG (Novartis, Inc.) )
            plaintiffs, )
        v. )
Raymond Breu, et al. )
[SEE ATTACHMENT] )
                            )

CV 08 2118 JCS

Civil Action No.

## Summons in a Civil Action

To:   ALL NAMED DEFENDANTS
           (Defendant's name)

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph W. Cotchett     Cotchett Pitre & McCarthy
Mark C. Molumphy      840 Malcolm Road
Nanci E. Nishimura     Burlingame, CA 94010
Douglas Y. Park        (650) 697-6000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

E-filing

Date: APR 23 2008

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

U.S. District Court
Northern District of California
San Francisco Division

[ATTACHMENT]

**GREG SARANDI, Trustee of Next Phase Marketing, Inc. Defined Benefit Plan and Trust,** derivatively and on behalf of Novartis AG (Novartis. Inc.),

    Plaintiff,

vs.

**RAYMOND BREU, BIRGIT BREUEL,
PETER BURCKHARDT, SRIKANT DATAR,
WILLIAM W. GEORGE, ALEXANDRE F. JETZER, PIERRE LANDOLT, ULRICH LEHNER, HANS-JOERG RUDLOFF, HELMUT SIHLER, DANIEL VASELLA,
WENDELIN WIEDEKING,
ROLF M. ZINKERNAGEL,
and Does 1-50, inclusive,**

    Defendants,

and

**NOVARTIS AG (Novartis, Inc.),**

    Nominal Defendant.