UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG SARANDI,

    Plaintiff(s),

v.

RAYMOND BREU, ET AL.,

    Defendant(s).
_____/

No. C 08-02118 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 5/13/08

Mark C. Molumphy

Counsel for Plaintiffs

COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Ste. 200
Burlingame, CA 94010

Tel: (650) 697-6000
Fax: (650) 607-0577

*GREG SARANDI, ET AL. V. RAYMOND BREU, ET AL.*
*U.S. DISTRICT COURT CASE NO.: CV-08-02118-JCS*

### CERTIFICATE OF SERVICE

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre, Simon & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010. I am readily familiar with the firm's practices for the service of documents. On this date, I served or caused to be served a true copy of the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

___     **BY E-MAIL**: My e-mail address is jacosta@cpsmlaw.com and service of this document(s) occurred at approximately _____ a.m./p.m. on the date shown below. This document is being served electronically and the transmission was reported as complete and without error.

xxx     **BY MAIL:** I placed a true copy of the aforementioned document(s) in a sealed envelope with postage fully paid. I am familiar with this firm's practice of collection and processing of mail for delivery by the United States Postal Service on the same day in the ordinary course of business. I served or caused to be served the following:

Alexander L. Brainerd
Sara Brody
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104

Counsel for Defendants- William M. George & Srikant Datar

Tel: 415-772-6049
Fax: 415-772-7093

email: alexander.brainerd@hellercrhmann.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on May 13, 2008.

                                    /s/
                              JEANINE H. ACOSTA