Alexander L. Brainerd, alex.brainerd@hellerehrman.com (Bar No. 42722)
Sara B. Brody, sara.brody@hellerehrman.com, (Bar No. 130222)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268

Attorneys for Defendants Srikant Datar
and William W. George

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Greg Sarandi,<br><br>                              Plaintiff,<br><br>   v.<br><br>Raymond Breu, et al.,<br><br>                              Defendants. | Case No.: C 08-02118 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for any and all further proceedings in this case, including trial and entry of a final judgment. Defendants hereby request reassignment of this case to a United States District Judge. By this request, the defendants do not waive their right to challenge the jurisdiction of the court over their person and retain all such related defenses to this action.

July 1, 2008                              Respectfully submitted,

                                            HELLER EHRMAN LLP


By _____/s/ Sara B. Brody_____
    SARA B. BRODY
    Attorneys For Defendants
    Srikant Datar and William W. George

SF 1469942 v1
7/1/08 10:25 AM (00998.0002)

1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT