Alexander L. Brainerd (Bar No. 42722)
Sara B. Brody (Bar No. 130222)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1 (415) 772-6000
Facsimile: +1 (415) 772-6268
alex.brainerd@hellerehrman.com
sara.brody@hellerehrman.com

Attorneys for Defendants Srikant Datar
and William W. George

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Greg Sarandi,<br><br>                  Plaintiff,<br><br>   v.<br><br>Raymond Breu, et al.,<br><br>                  Defendants. | Case No.: C 08-02118 SBA<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND** |

1    Plaintiff Greg Sarandi and Defendants Srikant Datar ("Datar") and William W.
2 George ("George"), by and through their respective counsel, jointly stipulate as follows:
3    WHEREAS the above-captioned action was filed on April 23, 2008;
4    WHEREAS defendants Datar and George reside in the United States and have been
5 served with the Complaint in this action;
6    WHEREAS many of the defendants in the above-captioned matter live outside of the
7 United States and must be served pursuant to Federal Rule of Civil Procedure 4(f);
8    WHEREAS Plaintiff is in the process of serving the non-resident defendants
9 according to such procedures, but has not effected service upon all of them;
10    WHEREAS as a result of the variable timing of service pursuant to Federal Rule of
11 Civil Procedure 4(f), the time for some defendants to respond to the complaint may lapse
12 before others are even served;
13    WHEREAS the parties believe that it would be more efficient to have all of the
14 defendants answer or otherwise respond to the complaint at the same time;
15    WHEREAS, for the reasons discussed herein, the parties previously agreed that no
16 defendant would be required to answer or otherwise respond until after all defendants have
17 been served.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

2  No Defendant shall be required to respond to the Complaint until sixty (60) days following the date that service on all of the Defendants is achieved, except that if Plaintiffs are unable to serve all defendants by January 2, 2009, the parties who have been served shall have 60 days from January 2, 2009 to respond to the Complaint.

IT IS SO STIPULATED.

Dated: August 26, 2008            HELLER EHRMAN LLP

                                  By:    */s/ Sara B. Brody*
                                         SARA B. BRODY
                                         Attorneys for Defendants
                                         SRIKANT DATAR and WILLIAM W. GEORGE

Dated: August 26, 2008            COTCHETT, PITRE & McCARTHY

                                  By:    */s/ Mark C. Molumphy*
                                         MARK C. MOLUMPHY
                                         Attorneys for Plaintiff
                                         GREG SARANDI

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND