**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| GREG SARANDI, Trustee of Next Phase-Merketing, Inc. Defined Benefit Plan and Trust, derivatively and on behalf of Novartis AG (Novartis, Inc.), <br><br>Plaintiff, <br><br>v. <br><br>RAYMOND BREU, *et al.*, <br><br>Defendants. | No. C 08-02118 SBA <br><br>**ORDER** <br><br>[Docket No. 13] |

IT IS HEREBY ORDERED THAT the Case Management Conference set for October 2, 2008 at 3:30 p.m., *see* Docket No. 9, is CONTINUED to January 22, 2009 at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

September 10, 2008

_____
Saundra Brown Armstrong
United States District Judge