**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GREG SARANDI, Trustee of Next Phase-Marketing, Inc. Defined Benefit Plan and Trust, derivatively and on behalf of Novartis AG (Novartis, Inc.),<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND BREU, *et al.*,<br><br>Defendants. | No. C 08-02118 SBA<br><br>**ORDER** |

Before the Court is plaintiff's complaint, which states:

> Venue is proper in this District. Novartis, a Swiss corporation, is located in and conducts business in this District through its business unit Chiron, part of Novartis Vaccines and Pharmaceuticals. Many of the acts alleged herein, including the formulation and/or implementation of plans to promote uses of TOBI, occurred in this District.

Docket No. ¶ 13.

Plaintiff states, however:

> This action concerns the promotion of "off-label" uses of tileptal, an epilepsy seizure medication, by Novartis Pharmaceuticals Corporation ("NPC"), a subsidiary of Novartis headquartered in *East Hanover, New Jersey*, and *potentially* of TOBI, a drug used to treat cystic fibrosis, by Chiron Corporation ("Chiron"), a business unit of Novartis headquartered in Emeryville, California.

*Id.* ¶ 1 (emphasis added).

In the Complaint, plaintiff repeatedly states the action is against NPC, and *potentially* against TOBI. Further, plaintiff states the U.S. Attorney for the *Eastern District of Pennsylvania* is engaged in ongoing civil and criminal matters apparently related to plaintiff's suit. *Id.* ¶ 3. No party other than Chiron appears to have any direct connection to the Northern District of California.

1 | ACCORDINGLY, IT IS HEREBY ORDERED THAT all parties shall file briefs of five pages or less, within seven days of the date of the entry of this Order,[1] stating why the Court should or should not transfer this matter to the District of New Jersey or the Eastern District of Pennsylvania.  Further, the parties shall indicate all pending civil and criminal matters related to or regarding this matter or the facts or events giving rise to it.  Alternatively, plaintiff may withdraw this matter and re-file it in the District of New Jersey, the Eastern District of Pennsylvania, or another district or jurisdiction more closely related to this matter or the events giving rise to it.

IT IS SO ORDERED.

September 11, 2008

_____
Saundra Brown Armstrong
United States District Judge

---

[1] For counting purposes, Federal Rule of Civil Procedure 6(a)(2) shall *not* apply to this period.

2