**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| GREG SARANDI, Trustee of Next Phase-Marketing, Inc. Defined Benefit Plan and Trust, derivatively and on behalf of Novartis AG (Novartis, Inc.), | No. C 08-02118 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| RAYMOND BREU, *et al.*, | |
| Defendants. | |

The Court having previously requested briefing from the parties as to why the Court should or should not transfer this matter to the District of New Jersey or the Eastern District of Pennsylvania, and having reviewed the submitted briefs, finds this matter is properly venued in the Northern District of California.

IT IS SO ORDERED.

December 12, 2008

_____
Saundra Brown Armstrong
United States District Judge