1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  MARK D. GURSKY (BAR NO. 217619)
   MGursky@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Nominal Defendant
   NOVARTIS AG
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

12  GREG SARANDI,                        Case No.   C08-02118 SBA

13           Plaintiff,                  **STIPULATION AND ORDER REGARDING SCHEDULING**

14       v.

15  RAYMOND BREAU, *et al.*,

16           Defendant.

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. C-08-02118 (SBA)
sf-2638739

1    Plaintiff Greg Sarandi, Defendants Srikant Datar and William W. George, and Nominal
2 Defendant Novartis AG ("Novartis"), a Switzerland-based corporation, by and through their
3 respective counsel, jointly stipulate as follows:
4    WHEREAS, this action was filed on April 23, 2008;
5    WHEREAS, Defendants Datar and George and Nominal Defendant Novartis have been
6 served with the Complaint in this action.  Novartis was served with the Complaint under the
7 Hague Service Convention;
8    WHEREAS, pursuant to the August 26, 2008 Stipulation Extending Time to Answer or
9 Otherwise Respond, Defendants Datar and George and Nominal Defendant Novartis must
10 respond to the Complaint on or before March 3, 2009;
11    WHEREAS, 11 additional named defendants in this action are non-U.S. residents who
12 have not yet been served;
13    WHEREAS, Defendants Datar and George and Nominal Defendant Novartis intend to
14 raise dispositive issues that would apply to served and unserved defendants in a motion to
15 dismiss;
16    WHEREAS, the parties agree that, as a matter of judicial economy, these potentially
17 dispositive issues should be addressed and resolved first, and issues regarding service and
18 personal jurisdiction should be deferred, without waiver of the parties' rights to address those
19 issues later, if necessary;
20    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
21    1. Defendants Datar and George and Nominal Defendant Novartis (collectively, the
22       "Moving Defendants") shall move to dismiss Plaintiff's Complaint on grounds
23       other than for lack of personal jurisdiction on March 3, 2009 and notice the
24       motion for the Court's next available hearing date at that time; Plaintiff will file his
25       response to Moving Defendants' motion to dismiss no later than March 17, 2009;
26       and Moving Defendants will file their reply to Plaintiff's response no later than
27       March 24, 2009.
28

1    2.   By entering into this Stipulation and moving to dismiss this action on grounds other than for lack of personal jurisdiction, the parties agree that Moving Defendants are not waiving any personal jurisdiction defense and that a motion challenging personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), if any, shall be considered timely made if filed after the Court's ruling on the motion to dismiss discussed above in Paragraph 1.  The parties also agree not to argue anything contrary to this Paragraph 2.

3.   After the Court has issued a ruling on the anticipated motion to dismiss to be filed on March 3, 2009, and to the extent necessary, the parties will meet and confer to discuss any remaining issues relating to service and personal jurisdiction.  One of the issues to be discussed during such meet and confer would be fixing a deadline for a pre-answer motion pursuant to Rule 12(b)(2) or, in the alternative, fixing a deadline for a time to answer.

IT IS SO STIPULATED.

Dated:  February 3, 2009                    COTCHETT, PITRE & McCARTHY

                                            By:        */s/ Mark C. Molumphy*
                                                   MARK C. MOLUMPHY

                                            840 Malcolm Road, Suite 200
                                            Burlingame, CA 94010
                                            Telephone:  (650) 697-6000
                                            Facsimile:   (650) 697-0577

                                            *Attorneys for Plaintiff* GREG SARANDI

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING           2
CASE NO. C-08-02118 (SBA)
sf-2638739

Dated: February 3, 2009

MORRISON & FOERSTER LLP

By : /s/ Jordan Eth
JORDAN ETH

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Nominal Defendant* NOVARTIS AG

Dated: February 3, 2009

KAYE SCHOLER LLP

By: /s/ Jeffrey S. Gordon
JEFFREY S. GORDON

1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

CRAVATH, SWAINE & MOORE LLP
Sandra C. Goldstein (admitted *pro hac vice*)
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants*
SRIKANT DATAR AND WILLIAM W. GEORGE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 4, 2009.

HON. SAUNDRA BROWN ARMSTRONG

**<u>ECF ATTESTATION</u>**

I, Mark D. Gursky, am the ECF User whose ID and Password are being used to file:

**STIPULATION AND [PROPOSED] REGARDING SCHEDULING**

1     In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy, Jordan Eth, and Jeffrey S. Gordon, have concurred in this filing.

    Dated: February 3, 2009                MORRISON & FOERSTER LLP

                                    By:   /s/ Mark D. Gursky [e-filing signature]