JORDAN ETH (CA SBN 121617)
JEth@mofo.com
MARK D. GURSKY (BAR NO. 217619)
MGursky@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Nominal Defendant
NOVARTIS AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG SARANDI,<br><br>           Plaintiff,<br><br>    v.<br><br>RAYMOND BREAU, *et al.*,<br><br>           Defendant. | Case No.   C08-02118 SBA<br><br>**ADDENDUM TO STIPULATION AND ORDER REGARDING SCHEDULING** |

Plaintiff Greg Sarandi, Defendants Raymond Breu, Srikant Datar, William W. George, Daniel Vasella and Rolf Zinkernagel, and Nominal Defendant Novartis AG ("Novartis"), a Switzerland-based corporation, by and through their respective counsel, jointly stipulate as follows:

WHEREAS, Defendants Breu, Datar, George, Vasella and Zinkernagel, and Nominal Defendant Novartis, have been served with the Complaint in this action;

WHEREAS, those defendants who have been served with the Complaint intend to raise dispositive issues that would apply to served and unserved defendants in a motion to dismiss to be filed on or before March 3, 2009;

WHEREAS, the parties entered into a Stipulation and [Proposed] Order on February 3, 2009, Ordered by the Court on February 4, 2009 (the "Stipulation and Order"), agreeing that issues regarding service and personal jurisdiction should be deferred, without waiver of the parties' rights to address those issues later, if necessary, pending the Court's resolution of the defendants' motion to dismiss to be filed on or before March 3, 2009;

WHEREAS, when the parties entered into the Stipulation and Order, only Defendants Datar and George, and Nominal Defendant Novartis (defined therein as the "Moving Defendants") had been served with the Complaint in this action;

WHEREAS, Defendants Breu, Vasella and Zinkernagel have since been served with the Complaint, and the parties anticipate that other named defendants may be served while defendants' motion to dismiss to be filed on or before March 3, 2009, is pending;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. All defendants who have been served with the Complaint will file a motion to dismiss on or before March 3, 2009.

2. All defendants on whose behalf a motion to dismiss is filed on or before March 3, 2009, shall be considered "Moving Defendants" for the purposes of the Stipulation and Order and this Addendum.

3.   Those defendants, if any, who are served during the pendency of the motion to dismiss shall be considered to have joined the motion to dismiss and shall be considered "Moving Defendants" for the purposes of the Stipulation and Order and this Addendum.

4.   By entering into this Addendum, the parties agree that the Moving Defendants are not waiving any personal jurisdiction defense and that a motion challenging personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), if any, shall be considered timely made if filed after the Court's ruling on the motion to dismiss to be filed on or before March 3, 2009.

IT IS SO STIPULATED.

Dated: February 27, 2009   COTCHETT, PITRE & McCARTHY

By:   */s/ Mark C. Molumphy*
MARK C. MOLUMPHY

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff* GREG SARANDI

Dated: February 27, 2009   MORRISON & FOERSTER LLP

By:   */s/ Jordan Eth*
JORDAN ETH

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Nominal Defendant* NOVARTIS AG

ADDENDUM TO STIPULATION AND ORDER REGARDING SCHEDULING   2
CASE NO. C-08-02118 (SBA)
sf-2649229

1

2   Dated: February 27, 2009                    CRAVATH, SWAINE & MOORE LLP
                                                KAYE SCHOLER LLP
3
                                                By:  _____/s/ Sandra C. Goldstein_____
4                                                         SANDRA C. GOLDSTEIN

5                                               Worldwide Plaza
                                                825 8th Avenue
6                                               New York, NY 10019
                                                Telephone:  (212) 474-1000
7                                               Facsimile:  (212) 474-3700

8                                               KAYE SCHOLER LLP
                                                Jeffrey S. Gordon
9                                               1999 Avenue of the Stars
                                                Los Angeles, CA 90067
10                                              Telephone:  (310) 788-1000
                                                Facsimile: (310) 788-1200
11
                                                *Attorneys for Defendants*
12                                              RAYMOND BREU, SRIKANT DATAR,
                                                WILLIAM W. GEORGE, DANIEL VASELLA
13                                              AND ROLF ZINKERNAGEL,

14

15
       PURSUANT TO STIPULATION, IT IS SO ORDERED.
16

17
       Dated:  March  2, 2009.                  _____
18
                                                HON. SAUNDRA BROWN ARMSTRONG
19

20                              **ECF ATTESTATION**

21     I, Mark D. Gursky, am the ECF User whose ID and Password are being used to file:

22          **STIPULATION AND [PROPOSED] REGARDING SCHEDULING**

23     In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy,

24  Jordan Eth, and Sandra C. Goldstein,  have concurred in this filing.

25
       Dated: February 27, 2009                 MORRISON & FOERSTER LLP
26
                                                By:   /s/ Mark D. Gursky [e-filing signature]
27

28

ADDENDUM TO STIPULATION AND ORDER REGARDING SCHEDULING                              3
CASE NO. C-08-02118 (SBA)
sf-2649229