1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   MARK D. GURSKY (BAR NO. 217619)
    MGursky@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Nominal Defendant
    NOVARTIS AG
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  GREG SARANDI,                          Case No.   C08-02118 SBA

13                 Plaintiff,              **ADDENDUM TO STIPULATION
                                           AND ORDER REGARDING
14        v.                               SCHEDULING**

15  RAYMOND BREAU, *et al.*,

16                 Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Greg Sarandi, Defendants Raymond Breu, Srikant Datar, William W. George,

2    Daniel Vasella and Rolf Zinkernagel, and Nominal Defendant Novartis AG ("Novartis"), a

3    Switzerland-based corporation, by and through their respective counsel, jointly stipulate as

4    follows:

5        WHEREAS, Defendants Breu, Datar, George, Vasella and Zinkernagel, and Nominal

6    Defendant Novartis, have been served with the Complaint in this action;

7        WHEREAS, those defendants who have been served with the Complaint intend to raise

8    dispositive issues that would apply to served and unserved defendants in a motion to dismiss to be

9    filed on or before March 3, 2009;

10       WHEREAS, the parties entered into a Stipulation and [Proposed] Order on February 3,

11   2009, Ordered by the Court on February 4, 2009 (the "Stipulation and Order"), agreeing that

12   issues regarding service and personal jurisdiction should be deferred, without waiver of the

13   parties' rights to address those issues later, if necessary, pending the Court's resolution of the

14   defendants' motion to dismiss to be filed on or before March 3, 2009;

15       WHEREAS, when the parties entered into the Stipulation and Order, only Defendants

16   Datar and George, and Nominal Defendant Novartis (defined therein as the "Moving

17   Defendants") had been served with the Complaint in this action;

18       WHEREAS, Defendants Breu, Vasella and Zinkernagel have since been served with the

19   Complaint, and the parties anticipate that other named defendants may be served while

20   defendants' motion to dismiss to be filed on or before March 3, 2009, is pending;

21       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

22       1.    All defendants who have been served with the Complaint will file a motion to

23   dismiss on or before March 3, 2009.

24       2.    All defendants on whose behalf a motion to dismiss is filed on or before March 3,

25   2009, shall be considered "Moving Defendants" for the purposes of the Stipulation and Order and

26   this Addendum.

27

28

1    3.    Those defendants, if any, who are served during the pendency of the motion to

2  dismiss shall be considered to have joined the motion to dismiss and shall be considered "Moving

3  Defendants" for the purposes of the Stipulation and Order and this Addendum.

4    4.    By entering into this Addendum, the parties agree that the Moving Defendants are

5  not waiving any personal jurisdiction defense and that a motion challenging personal jurisdiction

6  under Federal Rule of Civil Procedure 12(b)(2), if any, shall be considered timely made if filed

7  after the Court's ruling on the motion to dismiss to be filed on or before March 3, 2009.

8

9  IT IS SO STIPULATED.

10

11

12  Dated:  February 27, 2009                COTCHETT, PITRE & McCARTHY

13                                          By:        _____/s/ Mark C. Molumphy_____
                                                     MARK C. MOLUMPHY

14

15                                          840 Malcolm Road, Suite 200
                                            Burlingame, CA 94010
                                            Telephone:  (650) 697-6000
16                                          Facsimile:   (650) 697-0577

17                                          *Attorneys for Plaintiff* GREG SARANDI

18

19  Dated:  February 27, 2009                MORRISON & FOERSTER LLP

20                                          By :       _____/s/ Jordan Eth_____
                                                     JORDAN ETH

21

22                                          425 Market Street
                                            San Francisco, CA 94105
23                                          Telephone:  (415) 268-7000
                                            Facsimile:  (415) 268-7522

24                                          *Attorneys for Nominal Defendant* NOVARTIS AG

25

26

27

28

1

2    Dated:  February 27, 2009                    CRAVATH, SWAINE & MOORE LLP
                                                  KAYE SCHOLER LLP
3
                                                  By:                /s/ Sandra C. Goldstein
4                                                            SANDRA C. GOLDSTEIN

5                                                 Worldwide Plaza
                                                  825 8th Avenue
6                                                 New York, NY 10019
                                                  Telephone:  (212) 474-1000
7                                                 Facsimile:  (212) 474-3700

8                                                 KAYE SCHOLER LLP
                                                  Jeffrey S. Gordon
9                                                 1999 Avenue of the Stars
                                                  Los Angeles, CA 90067
10                                                Telephone:  (310) 788-1000
                                                  Facsimile: (310) 788-1200
11
                                                  *Attorneys for Defendants*
12                                                RAYMOND BREU, SRIKANT DATAR,
                                                  WILLIAM W. GEORGE, DANIEL VASELLA
13                                                AND ROLF ZINKERNAGEL,

14

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17          Dated:  March  2, 2009.

18                                                HON. SAUNDRA BROWN ARMSTRONG

19

20                              **ECF ATTESTATION**

21          I, Mark D. Gursky, am the ECF User whose ID and Password are being used to file:

22                  **STIPULATION AND [PROPOSED] REGARDING SCHEDULING**

23          In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy,

24   Jordan Eth, and Sandra C. Goldstein,  have concurred in this filing.

25          Dated: February 27, 2009                    MORRISON & FOERSTER LLP
26
                                                  By:    /s/ Mark D. Gursky [e-filing signature]
27

28

ADDENDUM TO STIPULATION AND ORDER REGARDING SCHEDULING                                3
CASE NO. C-08-02118 (SBA)
sf-2649229