JOSEPH W. COTCHETT (#36324; jcotchett@cpmlegal.com)
MARK C. MOLUMPHY (#168009; mmolumphy@cpmlegal.com)
NANCI E. NISHIMURA (#152621; nnishimura@cpmlegal.com)
GERALD S. OHN (#217382; gohn@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff GREG SARANDI*

*[See signature page for additional counsel]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

**GREG SRANDI, Trustee of Next Phase Marketing Inc., Defined Benefit Plan and Trust**, derivatively and on bhealf of Novartis AG (Novartis, Inc.),

Plaintiffs,

v.

**RAYMOND BREU, et al.**

Case No. C 08-02118 (SBA)

**STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; ORDER**

Courtroom: 3
Honorable Saundra Brown Armstrong

LAW OFFICES
COTCHETT, PITRE & MCCARTHY

STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
CASE NO. C 08-02118 (SBA)

WHEREAS, the Court conducted a Case Management Conference on February 4, 2009 and set a briefing schedule on motions to dismiss expected to be filed by defendants Datar and George and Nominal Defendant Novartis AG (collectively, "Moving Defendants") based on an anticipated hearing date during the week of April 6, 2009; and

WHEREAS, by the time the motions to dismiss were filed on March 3, 2009, the earliest available hearing was April 28, 2009; and

WHEREAS, Plaintiff requests and Defendants are agreeable, subject to Court approval, to a slight modification of the briefing schedule as outlined below that does not change the hearing date;

WHEREAS, Plaintiff agrees not to seek any additional extension or modification to the briefing schedule, or seek continuance of the April 28, 2009 hearing date, for any reason whatsoever, including discovery;

WHEREAS, the requested briefing schedule is consistent with Local Rule 7-3 and this Court's Standing Order, which normally provide that an opposition memorandum may be filed 21 days before the noticed hearing date and a reply may be filed 14 days before the noticed hearing date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to Court approval, the briefing schedule for defendants' motion to dismiss be modified as follows:

| | Old Date | Proposed New Date |
|---|---|---|
| Opposition: | March 17, 2009 | March 27, 2009 |
| Reply: | March 24, 2009 | April 14, 2009 |
| Hearing: | April 28, 2009 | April 28, 2009 |

IT IS SO STIPULATED.

LAW OFFICES
COTCHETT, PITRE & MCCARTHY

STIPULATION RE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
CASE NO. C 08-02118 (SBA)

1

DATED: March 12, 2009

**COTCHETT, PITRE & McCARTHY**

By: *___/s/ Mark C. Molumphy___*
MARK C. MOLUMPHY

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff* GREG SARANDI

DATED: March 12, 2009

**MORRISON & FOERSTER**

By: *___/s/ Jordan Eth___*
JORDAN ETH

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Nominal Defendant* NOVARTIS AG

DATED: March 12, 2009

**KAYE SCHOLER LLP**

By: *___/s/ Jeffrey S. Gordon___*
JEFFREY S. GORDON

1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

**CRAVATH, SWAINE & MOORE LLP**
Sandra C. Goldstein (admitted *pro hac vice)*
Worldwide Plaza
825 8th Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants* RAYMOND BREU, SRIKANT DATAR, WILLIAM W. GEORGE, DANIEL VASELLA AND ROLF ZINKERNAGEL

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 16, 2009

HON. SAUNDRA BROWN ARMSTRONG

ECF ATTESTATION

I, Mark C. Molumphy, am the ECF User whose ID and Password are being used to file this Stipulation re Briefing Schedule on Defendants' Motion to Dismiss and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Mark C. Molumphy, Jordan Eth, and Jeffrey S. Gordon have concurred in this filing.

DATED: March 12, 2009

**COTCHETT, PITRE & McCARTHY**

By: */s/ Mark C. Molumphy*
MARK C. MOLUMPHY