1
2
3
4

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG SARANDI, Trustee of Next Phase Marketing Inc. Defined Benefit Plan and Trust, derivatively and on behalf of Novartis AG, (Novartis Inc.),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAYMOND BREU, et al.,<br><br>　　　　Defendants. | Case No:  C 08-2118 SBA<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58(a) and (d), and the Court's Order Grating Defendants' Motion to Dismiss Derivative Complaint (Docket 70),

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants. The Order terminates Docket 71.

IT IS SO ORDERED.

Dated: April 15, 2010

　　　　　　　　　　　　　　　　　　_Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　United States District Judge